UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
VAK Capital, LLC

In Re:

Winsome Jenkinson,

Debtor.

Case No.:        19-27551-JKS

Chapter:              13

Hearing Date:      9/10/2020

Judge:              Sherwood

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Secured Creditor's Objection to Confirmation (Docket # 55)

_____

Date: 9/3/2020                             /s/ Denise Carlon
                                            Signature

*rev.8/1/15*