UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

GEIST LAW LLC
JARED A. GEIST, ESQ.
25 MAIN ST STE 203
HACKENSACK, NJ 07601
(201) 870 1488 P
(201) 812 9659 F
JARED@GEISTLEGAL.COM

**Order Filed on September 4, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

WINSOME JENKINSON

Case No.:        19-27551-JKS

Chapter:         13

Hearing Date:

                 8/27/20

Judge:           SHERWOOD

## ORDER GRANTING MOTION TO REINSTATE STAY

The relief set forth on the following page is **ORDERED**.

*[Leave the rest of this page blank]*

**DATED: September 4, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

The Court having reviewed the debtor's Motion to Reinstate the Automatic Stay, and any related responses or objections, it is hereby

ORDERED that:

1. The automatic stay is reinstated as to all creditors.

2. The debtor shall serve a copy of this order on the trustee, all parties that were served with the Motion, and any parties who objected or responded to the motion.