UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

GEIST LAW LLC
JARED A. GEIST, ESQ.
25 MAIN ST STE 203
HACKENSACK, NJ 07601
(201) 870 1488 P
(201) 812 9659 F
JARED@GEISTLEGAL.COM

Order Filed on September 4, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

WINSOME JENKINSON

Case No.: 19-27551-JKS

Chapter: 13

Hearing Date: 8/27/20

Judge: SHERWOOD

## ORDER GRANTING MOTION TO REINSTATE STAY

The relief set forth on the following page is **ORDERED**.

*[Leave the rest of this page blank]*

**DATED: September 4, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

The Court having reviewed the debtor's Motion to Reinstate the Automatic Stay, and any related responses or objections, it is hereby

ORDERED that:

1. The automatic stay is reinstated as to all creditors.

2. The debtor shall serve a copy of this order on the trustee, all parties that were served with the Motion, and any parties who objected or responded to the motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 19-27551-JKS
Winsome Jenkinson                                                             Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin              Page 1 of 1           Date Rcvd: Sep 04, 2020
                        Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 06, 2020.
db              +Winsome Jenkinson,   1026 E 24th St. #1028,   Paterson, NJ 07513-1628

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2020                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 4, 2020 at the address(es) listed below:
     Andrew M. Lubin    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee, in
      trust for registered Holders of Long Beach Mortgage Loan Trust 2005-3, Asset-Backed Certificates,
      Series 2005-3 bkecf@milsteadlaw.com,  alubin@milsteadlaw.com
     Andrew M. Lubin    on behalf of Creditor   Select Portfolio Servicing, Inc. as servicing agent for
      Deutsche Bank National Trust Company bkecf@milsteadlaw.com,  alubin@milsteadlaw.com
     Brian C. Nicholas    on behalf of Creditor   VAK Capital, LLC bnicholas@kmllawgroup.com,
      bkgroup@kmllawgroup.com
     Denise E. Carlon    on behalf of Creditor   VAK Capital, LLC dcarlon@kmllawgroup.com,
      bkgroup@kmllawgroup.com
     Jared A. Geist    on behalf of Debtor Winsome  Jenkinson jared@geistlegal.com,
      jrodriguez@garcesgrabler.com
     Marie-Ann  Greenberg    magecf@magtrustee.com
     U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                  TOTAL: 7