UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
GEIST LAW LLC
JARED A. GEIST ESQ 042672009
25 MAIN ST STE 203
HACKENSACK NJ 07601
201 870 1488 P
201 812 9659 F
JARED@GEISTLEGAL.COM

In Re:
WINSOME JENKINSON

Case No.: 19-27551 JKS

Judge: SHERWOOD

Chapter: 13

Recommended Local Form:    ☑ Followed    ☐ Modified

## PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTION 1325(a)(8) AND (a)(9)

I, _____WINSOME JENKINSON_____, upon my oath according to law, hereby certify as follows:

1. The below information is being supplied for compliance with the Confirmation Hearing date on _____9/10/20_____.

2. The above named Debtor(s) has/have paid all post petition amounts that are required to be paid under any and all Domestic Support Obligations.

3. The above named Debtor(s) has/have filed all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308.

4. If the Confirmation hearing date stated in Paragraph 1 is adjourned for any reason, an updated Certification will be filed with the Court prior to any subsequent Confirmation hearing date in the event any of the information contained in this Certification changes.

I certify under penalty of perjury that the foregoing is true and correct.

DATED: 9/10/20

_Winsome Jenkins_
Signature of Debtor

DATED: _____

_____
Signature of Joint Debtor

new.5/23/06;jml