JARED A. GEIST
GEIST LAW LLC
25 MAIN STREET
COURT PLAZA NORTH
HACKENSACK, NJ  07601

Re: WINSOME JENKINSON
1026 E 24TH ST. #1028
PATERSON, NJ  07513

Atty: JARED A. GEIST
GEIST LAW LLC
25 MAIN STREET
COURT PLAZA NORTH
HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021
#### Chapter 13 Case # 19-27551

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $57,840.00**

## RECEIPTS AS OF 01/15/2021    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/09/2019 | $810.00 | 6241709000 | 11/04/2019 | $810.00 | 6305193000 |
| 12/09/2019 | $877.00 | 6388715000 | 01/03/2020 | $877.00 | 6451695000 |
| 02/05/2020 | $877.00 | 6534101000 | 03/05/2020 | $975.00 | 6616387000 |
| 04/06/2020 | $975.00 | 6690413000 | 05/04/2020 | $975.00 | 6767009000 |
| 06/01/2020 | $975.00 | 6832103000 | 07/06/2020 | $975.00 | 6918235000 |
| 08/03/2020 | $975.00 | 6984069000 | 09/03/2020 | $975.00 | 7060451000 |
| 10/05/2020 | $810.00 | 7140888000 | 11/05/2020 | $975.00 | 7214335000 |
| 12/04/2020 | $975.00 | 7283777000 | 01/04/2021 | $975.00 | 7355180000 |

**Total Receipts: $14,811.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $14,811.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| SELECT PORTFOLIO SERVICING INC | | | | | | |
| | 09/21/2020 | $6,914.90 | 855,354 | 10/19/2020 | $901.88 | 857,272 |
| | 11/16/2020 | $749.25 | 859,075 | 12/21/2020 | $901.88 | 860,836 |
| | 01/11/2021 | $901.88 | 862,747 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,039.33 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,500.00 | 100.00% | 2,500.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | FCI LENDER SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARRE | 46,928.72 | 100.00% | 10,369.79 | |
| 0003 | TELECOM SELF-REPORTED | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | UTILITY SELF-REPORTED | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | VAK M8 FUND LLC | UNSECURED | 178,448.89 | * | 0.00 | |

**Total Paid: $13,909.12**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2021.

Receipts: $14,811.00    -    Paid to Claims: $10,369.79    -    Admin Costs Paid: $3,539.33    =    Funds on Hand: $901.88

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.