

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>MILSTEAD & ASSOCIATES, LLC<br>By: Andrew M. Lubin<br>Atty. ID: AL0814<br>1 E. Stow Road<br>Marlton, NJ 08053<br>(856) 482-1400<br>File No. 217520-10<br>Attorneys for Movant: Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Loan Trust 2005-3 | Order Filed on August 24, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Winsome Jenkinson | Case No.: 19-27551-JKS<br>Chapter 13<br><br>Hearing Date: July 8, 2021<br>Time: 10:00 AM<br><br>Judge: John K. Sherwood |

## ORDER RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: August 24, 2021**

Honorable John K. Sherwood
United States Bankruptcy Court

1. The above Motion having been scheduled for a hearing before the Court on July 8, 2021, upon Notice of Hearing to each of the parties in interest, and for good cause shown:

2. IT IS HEREBY ORDERED that the Motion for Relief from Stay is denied, as the parties herein agree that the interest of Movant is adequately protected by payment and performance as more particularly set forth hereinafter

3. FUTHER ORDERED that as of July 9, 2021, the post-petition arrearage is as follows, pursuant to the terms of the Note, as set forth in the chart below:

| Number of Missed Payments | From | To | Monthly Missed Principal and Interest | Monthly Missed Escrow (if applicable) | Monthly Payment Amount | Total of Monthly Payments Missed |
|---|---|---|---|---|---|---|
| 7 | 1/1/21 | 7/1/21 | $1,024.65 | $1,168.08 | $2,192.73 | $15,349.11 |
| Less post-petition partial payments (suspense balance): | | | | | | ($1,509.37) |
| | | | | | Total: | $13,839.74 |

4. This arrearage shall be paid as follows:

Debtor is ordered to pay the total post-petition arrearage totaling a sum of $13,839.74 by amending/modifying the Bankruptcy plan within twenty days of the entry of this Order on the docket.

5. Regular payments in the amount of $2,192.73 to be paid on or before August 1, 2021, and any additional amount as required or allowed by the Note and Security Instrument. Payments should be sent to: Select Portfolio Servicing, Inc. Attn: Remittance Processing P.O. Box 65450 Salt Lake City, UT 84165-0450

6.      FURTHER ORDERED that should Debtor(s) default in payment of any sum specified herein, or in any regular monthly mortgage payments which come due according to Movant's Loan Documents, for the life of the bankruptcy then upon notice of default after thirty days sent by first class mail to Debtor(s), attorney for Debtor(s) and the Trustee, and failure of Debtor(s) to cure such default within 10 days from the date of receipt of such notice, Movant may file a Certification of Default, with service upon Debtors, attorney for Debtors and the Trustee, and the Court may enter an Order releasing Movant from the automatic stay, without further notice or hearing.

7.      FURTHER ORDERED that in the event relief from the automatic stay is later granted, the Trustee shall cease funding any balance of Movant's claim, and the provisions of Fed. R. Bank. P. 4001(a)(3) may be waived.

8,      FURTHER ORDERED that upon completion of any foreclosure sale, any funds in excess of the amount due to Movant and to any subordinate lienholder(s) properly entitled to receive proceeds under applicable State Law that would otherwise be payable to the Debtor(s), shall be paid to the Trustee by the entity receiving the funds from the foreclosure sale for the benefit of the Estate while the Debtor(s) remains in bankruptcy.

# Exhibit A

# Chapter 13 MFR Data Sheet

*Select Portfolio Servicing*

| Preparation Date: | 04/28/21 | Update Date: | 07/09/21 |
|---|---|---|---|
| Prepared by: | Shivabasava H | Updated By: | Maria F |

### Loan Information

| Loan Number | 0016238347 | Acquired Date | 3/1/2014 |
|---|---|---|---|
| Debtors Name - 1 | WINSOME JENKINSON | Note Type | FIXED |
| Debtors Name - 2 |  | Current Interest Rate | 3.50% |
| Property Address | 1026- 1028 E 24TH ST | Lien Position | 1st |
| Property State | NJ | Last BPO Value | $355,000.00 |
| Contractual Due Date: | 6/1/2019 | Multiple Loans | $0.00 |

### Bankruptcy Information

| Bankruptcy Case # | 19-27551 | Previous MFR? | 10/8/2020 | **Comment on Previous Actions** |
|---|---|---|---|---|
| Filing Date: | 9/12/2019 | Previous Agreed Order? | None | |
| Person filing: | M1 | Post Amounts in Plan? | No | |
| Number of previous filings: | 1 | TPA? | No | |

### Post Petition Default Information

| Post petition due date: | 01/01/21 | Post petition insurance: | $0.00 | Must be mentioned in any Agreed Order |
|---|---|---|---|---|
| Post petition amount due: | $13,839.74 | Post petition taxes: | $0.00 | Must be mentioned in any Agreed Order |
| **Total for Agreed Order** | **$13,839.74** | Total Post petition due: | $13,839.74 | Includes post petition taxes or insurance which is being collected in ongoing post petition payments. |

***All post petition amounts (including taxes and insurance) must be established as recoverable in any Agreed Order.

### Post Petition Payment History

| Post Pmt Rcpt | Post Due Dt Pd | Mo $ Due | $ Received |  | Comments |
|---|---|---|---|---|---|
| 11/08/19 | 10/01/19 | $2,270.65 | $2,270.65 | $0.00 | |
| 12/10/19 | 11/01/19 | $2,270.65 | $2,271.00 | -$0.35 | |
| 01/10/20 | To Suspense | $0.00 | $2,081.51 | -$2,081.86 | |
| 02/08/20 | 12/01/19 | $2,270.65 | $2,270.00 | -$2,081.21 | |
| 03/10/20 | 01/01/20 | $2,270.65 | $2,270.00 | -$2,080.56 | |
| 04/18/20 | 02/01/20 | $2,270.65 | $2,270.00 | -$2,079.91 | |
| 05/06/20 | 03/01/20 | $2,270.65 | $2,270.00 | -$2,079.26 | |
| 10/07/20 | To Suspense | $0.00 | $2,270.00 | -$4,349.26 | |
| 10/08/20 | 04/01/20 | $2,270.65 |  | -$2,078.61 | |
| 11/06/20 | 05/01/20 | $2,270.65 | $2,270.00 | -$2,077.96 | |
| 12/07/20 | 06/01/20 | $2,270.65 | $2,167.16 | -$1,974.47 | |
| 01/08/21 | 07/01/20 | $2,270.65 | $2,167.16 | -$1,870.98 | |
| 02/10/21 | 08/01/20 | $2,270.65 | $2,167.16 | -$1,767.49 | |
| 03/13/21 | 09/01/20 | $2,270.65 | $2,167.16 | -$1,664.00 | |
| 03/19/21 | 10/01/20 | $2,270.65 | $2,167.16 | -$1,560.51 | |
| 03/25/21 | To Suspense | $0.00 | $2,167.16 | -$3,727.67 | |
| 03/26/21 | 11/01/20 | $2,192.73 |  | -$1,534.94 | |
| 04/02/21 | Reversal | -$2,192.73 | -$2,167.16 | -$1,560.51 | |
| 04/13/21 | 11/01/20 | $2,192.73 | $2,167.16 | -$1,534.94 | |
| 04/23/21 | Reversal | -$2,192.73 | -$2,167.16 | -$1,560.51 | |
| 05/04/21 | 11/01/20 | $2,192.73 | $2,167.16 | -$1,534.94 | |
| 06/09/21 | 12/01/20 | $2,192.73 | $2,167.16 | -$1,509.37 | |
| Due | 01/01/21 | $2,192.73 | $0.00 | $683.36 | |
| Due | 02/01/21 | $2,192.73 | $0.00 | $2,876.09 | |
| Due | 03/01/21 | $2,192.73 | $0.00 | $5,068.82 | |
| Due | 04/01/21 | $2,192.73 | $0.00 | $7,261.55 | |
| Due | 05/01/21 | $2,192.73 | $0.00 | $9,454.28 | |
| Due | 06/01/21 | $2,192.73 | $0.00 | $11,647.01 | |
| Due | 07/01/21 | $2,192.73 | $0.00 | $13,839.74 | |
|  |  |  |  | $13,839.74 | |
|  |  |  |  | $13,839.74 | |

| **Total Due** |  | $49,253.02 |  | **Total Pmts Due** | |
| **Total Received** |  |  | $35,413.28 | $13,839.74 | |

**Comments**

### Post Petition Insurance/Tax Advances

| Post Insurance | Post Ins Amt | Post Ins Total | Comments (Include the type of insurance being paid) |
|---|---|---|---|

The contents of this document are RESTRICTED to authorized individuals. Any unauthorized access, use or duplication is strictly prohibited.

|  | | Amount | | Total | | Comments |
|---|---|---|---|---|---|---|
| | Disbursed | $0.00 | | | | |
| | Refund | $0.00 | | $0.00 | | |
| | | $0.00 | | $0.00 | | |
| | | $0.00 | | $0.00 | | |
| | | $0.00 | | $0.00 | | |
| | | $0.00 | | $0.00 | | |
| **Post Petition Insurance Total** | | | | **$0.00** | | |

| Post Tax | | Post Tax Amt | Post Tax Total | Comments (Include County paid and tax year paid) |
|---|---|---|---|---|
| | Disbursed | $0.00 | $0.00 | |
| | Refund | $0.00 | $0.00 | |
| | | $0.00 | $0.00 | |
| | | $0.00 | $0.00 | |
| | | $0.00 | $0.00 | |
| | | $0.00 | $0.00 | |
| **Post Petition Taxes Total** | | | **$0.00** | |

| **Post Petition Insurance/Tax Advance Comments** |
|---|
| N/A |

The contents of this document are RESTRICTED to authorized individuals. Any unauthorized access, use or duplication is strictly prohibited.

# MFR Post-Petition Payment History for Filing



| | | |
|---|---|---|
| Preparation Date: | | 07/09/21 |
| Prepared by: | | Maria F |

### Loan Information:

| | |
|---|---|
| Loan Number | X X X X X X 8347 |
| Debtors Name - 1 | WINSOME JENKINSON |
| Debtors Name - 2 | |
| Property Address | 1026- 1028 E 24TH ST |
| Property State | NJ |

### Bankruptcy Information:

| | |
|---|---|
| Bankruptcy Case # | 19-27551 |
| Filing Date: | 9/12/2019 |
| Person filing: | M1 |
| Number of previous filings: | 1 |

### Post petition due

| | | | |
|---|---|---|---|
| Post petition due date: | 01/01/21 | | **Comment** |
| Post petition $$$ due: | $13,839.74 | | Post-petition taxes and insurance included in annual escrow analysis and added to monthly payments. |
| Post petition insurance: | $0.00 | | |
| Post petition taxes: | $0.00 | | |
| | | | |
| Total Post petition due | **$13,839.74** | | |

### Post-Petition Payment History Detail

| Post pmt Rcpt | Post Due Dt Pd | Mo $ Due | $ Received | Comments |
|---|---|---|---|---|
| | | | | |
| 11/08/19 | 10/01/19 | $2,270.65 | $2,270.65 | |
| 12/10/19 | 11/01/19 | $2,270.65 | $2,271.00 | |
| 01/10/20 | To Suspense | $0.00 | $2,081.51 | |
| 02/08/20 | 12/01/19 | $2,270.65 | $2,270.00 | |
| 03/10/20 | 01/01/20 | $2,270.65 | $2,270.00 | |
| 04/18/20 | 02/01/20 | $2,270.65 | $2,270.00 | |
| 05/06/20 | 03/01/20 | $2,270.65 | $2,270.00 | |
| 10/07/20 | To Suspense | $0.00 | $2,270.00 | |
| 10/08/20 | 04/01/20 | $2,270.65 | | |
| 11/06/20 | 05/01/20 | $2,270.65 | $2,270.00 | |
| 12/07/20 | 06/01/20 | $2,270.65 | $2,167.16 | |
| 01/08/21 | 07/01/20 | $2,270.65 | $2,167.16 | |
| 02/10/21 | 08/01/20 | $2,270.65 | $2,167.16 | |
| 03/13/21 | 09/01/20 | $2,270.65 | $2,167.16 | |
| 03/19/21 | 10/01/20 | $2,270.65 | $2,167.16 | |
| 03/25/21 | To Suspense | $0.00 | $2,167.16 | |
| 03/26/21 | 11/01/20 | $2,192.73 | | |
| 04/02/21 | Reversal | -$2,192.73 | -$2,167.16 | |
| 04/13/21 | 11/01/20 | $2,192.73 | $2,167.16 | |
| 04/23/21 | Reversal | -$2,192.73 | -$2,167.16 | |
| 05/04/21 | 11/01/20 | $2,192.73 | $2,167.16 | |
| 06/09/21 | 12/01/20 | $2,192.73 | $2,167.16 | |
| Due | 01/01/21 | $2,192.73 | $0.00 | |
| Due | 02/01/21 | $2,192.73 | $0.00 | |
| Due | 03/01/21 | $2,192.73 | $0.00 | |
| Due | 04/01/21 | $2,192.73 | $0.00 | |
| Due | 05/01/21 | $2,192.73 | 0.00 | |
| Due | 06/01/21 | $2,192.73 | 0.00 | |
| Due | 07/01/21 | $2,192.73 | 0.00 | |

The contents of this document are RESTRICTED to authorized individuals. Any unauthorized access, use or duplication is strictly prohibited.

| Total Due | $49,253.02 |
| --- | --- |
| Total Received | $35,413.28 |

The contents of this document are RESTRICTED to authorized individuals. Any unauthorized access, use or duplication is strictly prohibited.