**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

WINSOME JENKINSON

**Case No.:  19-27551**

**Adv. No.:**

**Hearing Date:  10/28/2021**

**Judge:  JKS**

### CERTIFICATION OF SERVICE

1. I, Jackie Michaels, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 09/28/2021, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
WINSOME JENKINSON
1026 E 24TH ST. #1028
PATERSON, NJ  07513
Mode of Service:  Regular Mail

Attorney for Debtor(s):
JARED A. GEIST
GEIST LAW LLC
25 MAIN STREET
COURT PLAZA NORTH
HACKENSACK, NJ  07601
Mode of Service:  Regular Mail

Dated:  September 28, 2021

By:   /S/  Jackie Michaels
Jackie Michaels