JARED A. GEIST
GEIST LAW LLC
25 MAIN STREET
COURT PLAZA NORTH
HACKENSACK, NJ  07601

Re:  WINSOME JENKINSON          Atty:  JARED A. GEIST
     1026 E 24TH ST. #1028             GEIST LAW LLC
     PATERSON,  NJ  07513               25 MAIN STREET
                                        COURT PLAZA NORTH
                                        HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/14/2022
#### Chapter 13 Case # 19-27551

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $69,654.00**

## RECEIPTS AS OF 01/14/2022   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/09/2019 | $810.00 | 6241709000 | 11/04/2019 | $810.00 | 6305193000 |
| 12/09/2019 | $877.00 | 6388715000 | 01/03/2020 | $877.00 | 6451695000 |
| 02/05/2020 | $877.00 | 6534101000 | 03/05/2020 | $975.00 | 6616387000 |
| 04/06/2020 | $975.00 | 6690413000 | 05/04/2020 | $975.00 | 6767009000 |
| 06/01/2020 | $975.00 | 6832103000 | 07/06/2020 | $975.00 | 6918235000 |
| 08/03/2020 | $975.00 | 6984069000 | 09/03/2020 | $975.00 | 7060451000 |
| 10/05/2020 | $810.00 | 7140888000 | 11/05/2020 | $975.00 | 7214335000 |
| 12/04/2020 | $975.00 | 7283777000 | 01/04/2021 | $975.00 | 7355180000 |
| 02/08/2021 | $975.00 | 7437049000 | 03/08/2021 | $975.00 | 7509819000 |
| 04/08/2021 | $975.00 | 7585820000 | 05/10/2021 | $975.00 | 7661224000 |
| 06/07/2021 | $975.00 | 7721033000 | 07/07/2021 | $975.00 | 7794208000 |
| 08/09/2021 | $975.00 | 7868479000 | 09/07/2021 | $975.00 | 7927572000 |
| 10/06/2021 | $975.00 | 7998201000 | 11/04/2021 | $975.00 | 8061313000 |
| 11/09/2021 | $975.00 | 8073203000 | 11/09/2021 | ($975.00) | 8061313000 |
| 12/20/2021 | $975.00 | | | | |

**Total Receipts: $25,536.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $25,536.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/14/2022   (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| SELECT PORTFOLIO SERVICING INC | | | | | | | |
| | 09/21/2020 | $6,914.90 | 855,354 | | 10/19/2020 | $901.88 | 857,272 |
| | 11/16/2020 | $749.25 | 859,075 | | 12/21/2020 | $901.88 | 860,836 |
| | 01/11/2021 | $901.88 | 862,747 | | 02/22/2021 | $901.88 | 864,265 |
| | 03/15/2021 | $901.88 | 866,250 | | 04/19/2021 | $901.88 | 867,809 |
| | 05/17/2021 | $901.88 | 869,770 | | 06/21/2021 | $916.50 | 871,528 |
| | 07/19/2021 | $916.50 | 873,391 | | 08/16/2021 | $916.50 | 875,079 |

**Chapter 13 Case # 19-27551**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 09/20/2021 | $628.50 | 876,801 | | 09/20/2021 | $288.00 | 876,801 |
| | 10/18/2021 | $628.50 | 878,598 | | 10/18/2021 | $288.00 | 878,598 |
| | 11/17/2021 | $635.18 | 880,307 | | 11/17/2021 | $291.07 | 880,307 |
| | 12/13/2021 | $635.18 | 881,964 | | 12/13/2021 | $291.07 | 881,964 |
| | 01/10/2022 | $635.18 | 883,605 | | 01/10/2022 | $291.07 | 883,605 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,697.44 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,500.00 | 100.00% | 2,500.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | FCI LENDER SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARRE | 46,928.72 | 100.00% | 19,889.35 | |
| 0003 | TELECOM SELF-REPORTED | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | UTILITY SELF-REPORTED | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | VAK M8 FUND LLC | UNSECURED | 178,448.89 | * | 0.00 | |
| 0007 | SELECT PORTFOLIO SERVICING INC | (NEW) MTG Agree | 13,839.74 | 100.00% | 1,449.21 | |

**Total Paid:  $25,536.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 14, 2022.

Receipts: $25,536.00     -    Paid to Claims: $21,338.56    -    Admin Costs Paid: $4,197.44    =    Funds on Hand: $0.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.