JARED A. GEIST
GEIST LAW LLC
25 MAIN STREET
COURT PLAZA NORTH
HACKENSACK, NJ  07601

Re:  WINSOME JENKINSON					Atty:  JARED A. GEIST
1026 E 24TH ST. #1028						GEIST LAW LLC
PATERSON, NJ  07513						25 MAIN STREET
									COURT PLAZA NORTH
									HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023**
Chapter 13 Case # 19-27551

NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $74,370.00

## RECEIPTS AS OF 01/13/2023   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/09/2019 | $810.00 | 6241709000 | 11/04/2019 | $810.00 | 6305193000 |
| 12/09/2019 | $877.00 | 6388715000 | 01/03/2020 | $877.00 | 6451695000 |
| 02/05/2020 | $877.00 | 6534101000 | 03/05/2020 | $975.00 | 6616387000 |
| 04/06/2020 | $975.00 | 6690413000 | 05/04/2020 | $975.00 | 6767009000 |
| 06/01/2020 | $975.00 | 6832103000 | 07/06/2020 | $975.00 | 6918235000 |
| 08/03/2020 | $975.00 | 6984069000 | 09/03/2020 | $975.00 | 7060451000 |
| 10/05/2020 | $810.00 | 7140888000 | 11/05/2020 | $975.00 | 7214335000 |
| 12/04/2020 | $975.00 | 7283777000 | 01/04/2021 | $975.00 | 7355180000 |
| 02/08/2021 | $975.00 | 7437049000 | 03/08/2021 | $975.00 | 7509819000 |
| 04/08/2021 | $975.00 | 7585820000 | 05/10/2021 | $975.00 | 7661224000 |
| 06/07/2021 | $975.00 | 7721033000 | 07/07/2021 | $975.00 | 7794208000 |
| 08/09/2021 | $975.00 | 7868479000 | 09/07/2021 | $975.00 | 7927572000 |
| 10/06/2021 | $975.00 | 7998201000 | 11/04/2021 | $975.00 | 8061313000 |
| 11/09/2021 | $975.00 | 8073203000 | 11/09/2021 | ($975.00) | 8061313000 |
| 12/20/2021 | $975.00 | | 01/19/2022 | $975.00 | |
| 03/21/2022 | $985.00 | 27710565445 | 04/18/2022 | $1,000.00 | 27710570417 |
| 04/18/2022 | $1,000.00 | 27710570428 | 04/18/2022 | $621.00 | 27710570430 |
| 05/24/2022 | $620.00 | 27710574647 | 05/24/2022 | $1,000.00 | 27710574625 |
| 05/24/2022 | $1,000.00 | 27710574636 | 06/22/2022 | $620.00 | 28020403517 |
| 06/22/2022 | $1,000.00 | 28020403495 | 06/22/2022 | $1,000.00 | 28020403506 |
| 07/19/2022 | $620.00 | 28020404733 | 07/19/2022 | $1,000.00 | 28020404711 |
| 07/19/2022 | $1,000.00 | 28020404722 | 07/19/2022 | $620.00 | 28020404733 |
| 07/19/2022 | $1,000.00 | 28020404711 | 07/19/2022 | $1,000.00 | 28020404722 |
| 07/19/2022 | ($620.00) | 28020404733 | 07/19/2022 | ($1,000.00) | 28020404711 |
| 07/19/2022 | ($1,000.00) | 28020404722 | 08/11/2022 | $1,000.00 | 27680287814 |
| 08/11/2022 | $620.00 | 27680287825 | 08/11/2022 | $1,000.00 | 27680287803 |
| 09/23/2022 | $620.00 | 28020414374 | 09/23/2022 | $1,000.00 | 28020414363 |

**Chapter 13 Case # 19-27551**

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 09/23/2022 | $1,000.00 | 28020414352 | 10/17/2022 | $1,000.00 | 28020418896 |
| 10/17/2022 | $1,000.00 | 28020418907 | 10/17/2022 | $620.00 | 28020418918 |
| 11/08/2022 | $1,000.00 | 28020421563 | 11/08/2022 | $1,000.00 | 28020421552 |
| 11/08/2022 | $620.00 | 28020421574 | 12/20/2022 | $1,000.00 | 28020417221 |
| 12/20/2022 | $1,000.00 | 28020417210 | 12/20/2022 | $620.00 | 28020417232 |
| 01/12/2023 | $1,000.00 | 28020424476 | 01/12/2023 | $1,000.00 | 28020424487 |
| 01/12/2023 | $620.00 | 28020424498 | | | |

**Total Receipts: $53,697.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $53,697.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| SELECT PORTFOLIO SERVICING INC | | | | | | |
| | 09/21/2020 | $6,914.90 | 855,354 | 10/19/2020 | $901.88 | 857,272 |
| | 11/16/2020 | $749.25 | 859,075 | 12/21/2020 | $901.88 | 860,836 |
| | 01/11/2021 | $901.88 | 862,747 | 02/22/2021 | $901.88 | 864,265 |
| | 03/15/2021 | $901.88 | 866,250 | 04/19/2021 | $901.88 | 867,809 |
| | 05/17/2021 | $901.88 | 869,770 | 06/21/2021 | $916.50 | 871,528 |
| | 07/19/2021 | $916.50 | 873,391 | 08/16/2021 | $916.50 | 875,079 |
| | 09/20/2021 | $628.50 | 876,801 | 09/20/2021 | $288.00 | 876,801 |
| | 10/18/2021 | $628.50 | 878,598 | 10/18/2021 | $288.00 | 878,598 |
| | 11/17/2021 | $635.18 | 880,307 | 11/17/2021 | $291.07 | 880,307 |
| | 12/13/2021 | $635.18 | 881,964 | 12/13/2021 | $291.07 | 881,964 |
| | 01/10/2022 | $635.18 | 883,605 | 01/10/2022 | $291.07 | 883,605 |
| | 02/14/2022 | $635.18 | 885,271 | 02/14/2022 | $291.07 | 885,271 |
| | 04/18/2022 | $651.83 | 888,664 | 04/18/2022 | $298.69 | 888,664 |
| | 05/16/2022 | $1,734.46 | 890,439 | 05/16/2022 | $794.80 | 890,439 |
| | 06/20/2022 | $1,733.80 | 892,092 | 06/20/2022 | $794.50 | 892,092 |
| | 07/18/2022 | $1,733.80 | 893,856 | 07/18/2022 | $794.50 | 893,856 |
| | 08/15/2022 | $1,733.80 | 895,433 | 08/15/2022 | $794.50 | 895,433 |
| | 09/19/2022 | $1,733.80 | 897,000 | 09/19/2022 | $794.50 | 897,000 |
| | 10/17/2022 | $1,733.80 | 898,704 | 10/17/2022 | $794.50 | 898,704 |
| | 11/14/2022 | $1,697.87 | 900,279 | 11/14/2022 | $778.03 | 900,279 |
| | 12/12/2022 | $1,697.87 | 901,862 | 12/12/2022 | $778.03 | 901,862 |
| | 01/09/2023 | $1,697.87 | 903,356 | 01/09/2023 | $778.03 | 903,356 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 2,907.31 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,500.00 | 100.00% | 2,500.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | FCI LENDER SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARRE | 46,928.72 | 100.00% | 36,673.43 | |
| 0003 | TELECOM SELF-REPORTED | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | UTILITY SELF-REPORTED | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | VAK M8 FUND LLC | UNSECURED | 178,448.89 | * | 0.00 | |
| 0007 | SELECT PORTFOLIO SERVICING INC | (NEW) MTG Agree | 13,839.74 | 100.00% | 9,140.36 | |

**Total Paid: $51,221.10**
See Summary

**Chapter 13 Case # 19-27551**

# SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 15, 2023.

Receipts: $53,697.00    -    Paid to Claims: $45,813.79    -    Admin Costs Paid: $5,407.31    =    Funds on Hand: $2,475.90

**\*\*NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.