Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF SEPTEMBER 10, 2024

**Chapter 13 Case # 19-27551**

Re:  WINSOME JENKINSON  
     1026 E 24TH ST. #1028  
     PATERSON, NJ  07513

Atty:  JARED A. GEIST  
      GEIST LAW LLC  
      25 MAIN STREET  
      COURT PLAZA NORTH  
      HACKENSACK, NJ  07601

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $100,627.00**

## RECEIPTS (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/09/2019 | $810.00 | 6241709000 | 11/04/2019 | $810.00 | 6305193000 |
| 12/09/2019 | $877.00 | 6388715000 | 01/03/2020 | $877.00 | 6451695000 |
| 02/05/2020 | $877.00 | 6534101000 | 03/05/2020 | $975.00 | 6616387000 |
| 04/06/2020 | $975.00 | 6690413000 | 05/04/2020 | $975.00 | 6767009000 |
| 06/01/2020 | $975.00 | 6832103000 | 07/06/2020 | $975.00 | 6918235000 |
| 08/03/2020 | $975.00 | 6984069000 | 09/03/2020 | $975.00 | 7060451000 |
| 10/05/2020 | $810.00 | 7140888000 | 11/05/2020 | $975.00 | 7214335000 |
| 12/04/2020 | $975.00 | 7283777000 | 01/04/2021 | $975.00 | 7355180000 |
| 02/08/2021 | $975.00 | 7437049000 | 03/08/2021 | $975.00 | 7509819000 |
| 04/08/2021 | $975.00 | 7585820000 | 05/10/2021 | $975.00 | 7661224000 |
| 06/07/2021 | $975.00 | 7721033000 | 07/07/2021 | $975.00 | 7794208000 |
| 08/09/2021 | $975.00 | 7868479000 | 09/07/2021 | $975.00 | 7927572000 |
| 10/06/2021 | $975.00 | 7998201000 | 11/04/2021 | $975.00 | 8061313000 |
| 11/09/2021 | $975.00 | 8073203000 | 11/09/2021 | ($975.00) | 8061313000 |
| 12/20/2021 | $975.00 |  | 01/19/2022 | $975.00 |  |
| 03/21/2022 | $985.00 | 27710565445 | 04/18/2022 | $1,000.00 | 27710570417 |
| 04/18/2022 | $1,000.00 | 27710570428 | 04/18/2022 | $621.00 | 27710570430 |
| 05/24/2022 | $620.00 | 27710574647 | 05/24/2022 | $1,000.00 | 27710574625 |
| 05/24/2022 | $1,000.00 | 27710574636 | 06/22/2022 | $620.00 | 28020403517 |
| 06/22/2022 | $1,000.00 | 28020403495 | 06/22/2022 | $1,000.00 | 28020403506 |
| 07/19/2022 | $620.00 | 28020404733 | 07/19/2022 | $1,000.00 | 28020404711 |
| 07/19/2022 | $1,000.00 | 28020404722 | 07/19/2022 | $620.00 | 28020404733 |
| 07/19/2022 | $1,000.00 | 28020404711 | 07/19/2022 | $1,000.00 | 28020404722 |
| 07/19/2022 | ($620.00) | 28020404733 | 07/19/2022 | ($1,000.00) | 28020404711 |
| 07/19/2022 | ($1,000.00) | 28020404722 | 08/11/2022 | $1,000.00 | 27680287814 |
| 08/11/2022 | $620.00 | 27680287825 | 08/11/2022 | $1,000.00 | 27680287803 |
| 09/23/2022 | $620.00 | 28020414374 | 09/23/2022 | $1,000.00 | 28020414363 |
| 09/23/2022 | $1,000.00 | 28020414352 | 10/17/2022 | $1,000.00 | 28020418896 |

**Chapter 13 Case # 19-27551**

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/17/2022 | $1,000.00 | 28020418907 | 10/17/2022 | $620.00 | 28020418918 |
| 11/08/2022 | $1,000.00 | 28020421563 | 11/08/2022 | $1,000.00 | 28020421552 |
| 11/08/2022 | $620.00 | 28020421574 | 12/20/2022 | $1,000.00 | 28020417221 |
| 12/20/2022 | $1,000.00 | 28020417210 | 12/20/2022 | $620.00 | 28020417232 |
| 01/12/2023 | $1,000.00 | 28020424476 | 01/12/2023 | $1,000.00 | 28020424487 |
| 01/12/2023 | $620.00 | 28020424498 | 02/13/2023 | $620.00 | 28675315890 |
| 02/13/2023 | $1,000.00 | 28675315877 | 02/13/2023 | $1,000.00 | 28675315888 |
| 03/13/2023 | $1,000.00 | 28675317396 | 03/13/2023 | $1,000.00 | 28675317407 |
| 03/13/2023 | $620.00 | 28675317418 | 04/14/2023 | $620.00 | 28675322370 |
| 04/14/2023 | $1,000.00 | 28675322368 | 04/14/2023 | $1,000.00 | 28675322357 |
| 05/22/2023 | $620.00 | 28235991936 | 05/22/2023 | $1,000.00 | 28235991925 |
| 05/22/2023 | $1,000.00 | 28235991914 | 06/20/2023 | $620.00 | 28882201263 |
| 06/20/2023 | $1,000.00 | 28882201241 | 06/20/2023 | $1,000.00 | 28882201252 |
| 07/17/2023 | $1,000.00 | 28882203063 | 07/17/2023 | $1,000.00 | 28882203052 |
| 07/17/2023 | $620.00 | 28882203074 | 08/15/2023 | $1,000.00 | 28911100522 |
| 08/15/2023 | $1,000.00 | 28911100533 | 08/15/2023 | $620.00 | 28911100544 |
| 09/21/2023 | $620.00 | 28911102491 | 09/21/2023 | $1,000.00 | 28911102480 |
| 09/21/2023 | $1,000.00 | 28911102478 | 10/18/2023 | $620.00 | 28911104087 |
| 10/18/2023 | $1,000.00 | 28911104065 | 10/18/2023 | $1,000.00 | 28911104076 |
| 11/27/2023 | $1,000.00 | 28911107081 | 11/27/2023 | $620.00 | 28911107103 |
| 11/27/2023 | $1,000.00 | 28911107092 | 12/21/2023 | $620.00 | 28305617916 |
| 12/21/2023 | $1,000.00 | 28305617894 | 12/21/2023 | $1,000.00 | 28305617905 |
| 01/11/2024 | $620.00 | 28911109735 | 01/11/2024 | $1,000.00 | 28911109713 |
| 01/11/2024 | $1,000.00 | 28911109724 | 03/04/2024 | $620.00 | 28911114235 |
| 03/04/2024 | $1,000.00 | 28911114224 | 03/04/2024 | $1,000.00 | 28911114213 |
| 03/29/2024 | $1,000.00 | 28911115888 | 03/29/2024 | $1,000.00 | 28911115890 |
| 03/29/2024 | $620.00 | 28911115901 | 04/30/2024 | $620.00 | 28911119578 |
| 04/30/2024 | $1,000.00 | 28911119556 | 04/30/2024 | $1,000.00 | 28911119567 |
| 06/03/2024 | $620.00 | 28911120941 | 06/03/2024 | $1,000.00 | 28911120928 |
| 06/03/2024 | $1,000.00 | 28911120930 | 06/27/2024 | $620.00 | 28911124001 |
| 06/27/2024 | $1,000.00 | 28911121997 | 06/27/2024 | $1,000.00 | 28911121986 |
| 07/23/2024 | $620.00 | 28911118443 | 07/23/2024 | $1,000.00 | 28911118432 |
| 07/23/2024 | $1,000.00 | 28911118421 | 08/23/2024 | $1,000.00 | 28911124517 |
| 08/23/2024 | $1,000.00 | 28911124528 | 08/23/2024 | $620.00 | 28911124530 |

**Total Receipts: $103,477.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $103,477.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 6,339.51 | |
| ATTY | ATTORNEY | ADMIN | 2,500.00 | 100.00% | 2,500.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | FCI LENDER SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARR | 46,928.72 | 100.00% | 46,928.72 | |
| 0003 | TELECOM SELF-REPORTED | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | UTILITY SELF-REPORTED | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | VAK M8 FUND LLC | UNSECURED | 178,448.89 | * | 31,150.03 | |
| 0007 | SELECT PORTFOLIO SERVICING INC | (NEW) MTG Agree | 13,839.74 | 100.00% | 13,839.74 | |

**Total Paid: $100,758.00**
See Summary

**Chapter 13 Case # 19-27551**

## LIST OF PAYMENTS TO CLAIMS   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| SELECT PORTFOLIO SERVICING INC | | | | | | |
| | 09/21/2020 | $6,914.90 | 855354 | 10/19/2020 | $901.88 | 857272 |
| | 11/16/2020 | $749.25 | 859075 | 12/21/2020 | $901.88 | 860836 |
| | 01/11/2021 | $901.88 | 862747 | 02/22/2021 | $901.88 | 864265 |
| | 03/15/2021 | $901.88 | 866250 | 04/19/2021 | $901.88 | 867809 |
| | 05/17/2021 | $901.88 | 869770 | 06/21/2021 | $916.50 | 871528 |
| | 07/19/2021 | $916.50 | 873391 | 08/16/2021 | $916.50 | 875079 |
| | 09/20/2021 | $628.50 | 876801 | 09/20/2021 | $288.00 | 876801 |
| | 10/18/2021 | $288.00 | 878598 | 10/18/2021 | $628.50 | 878598 |
| | 11/17/2021 | $635.18 | 880307 | 11/17/2021 | $291.07 | 880307 |
| | 12/13/2021 | $291.07 | 881964 | 12/13/2021 | $635.18 | 881964 |
| | 01/10/2022 | $635.18 | 883605 | 01/10/2022 | $291.07 | 883605 |
| | 02/14/2022 | $291.07 | 885271 | 02/14/2022 | $635.18 | 885271 |
| | 04/18/2022 | $651.83 | 888664 | 04/18/2022 | $298.69 | 888664 |
| | 05/16/2022 | $794.80 | 890439 | 05/16/2022 | $1,734.46 | 890439 |
| | 06/20/2022 | $1,733.80 | 892092 | 06/20/2022 | $794.50 | 892092 |
| | 07/18/2022 | $794.50 | 893856 | 07/18/2022 | $1,733.80 | 893856 |
| | 08/15/2022 | $1,733.80 | 895433 | 08/15/2022 | $794.50 | 895433 |
| | 09/19/2022 | $794.50 | 897000 | 09/19/2022 | $1,733.80 | 897000 |
| | 10/17/2022 | $1,733.80 | 898704 | 10/17/2022 | $794.50 | 898704 |
| | 11/14/2022 | $778.03 | 900279 | 11/14/2022 | $1,697.87 | 900279 |
| | 12/12/2022 | $1,697.87 | 901862 | 12/12/2022 | $778.03 | 901862 |
| | 01/09/2023 | $778.03 | 903356 | 01/09/2023 | $1,697.87 | 903356 |
| | 02/13/2023 | $1,697.87 | 904859 | 02/13/2023 | $778.03 | 904859 |
| | 03/13/2023 | $778.03 | 906487 | 03/13/2023 | $1,697.87 | 906487 |
| | 04/17/2023 | $1,697.87 | 908040 | 04/17/2023 | $778.03 | 908040 |
| | 05/15/2023 | $778.03 | 909713 | 05/15/2023 | $1,697.87 | 909713 |
| | 06/12/2023 | $1,679.90 | 911164 | 06/12/2023 | $769.80 | 911164 |
| | 07/17/2023 | $769.80 | 912685 | 07/17/2023 | $1,679.90 | 912685 |
| | 08/14/2023 | $104.01 | 914215 | 08/14/2023 | $47.66 | 914215 |
| VAK M8 FUND LLC | | | | | | |
| | 08/14/2023 | $2,298.03 | 914355 | 09/18/2023 | $2,449.70 | 915851 |
| | 10/16/2023 | $2,162.70 | 917352 | 05/10/2024 | $14,749.40 | 927304 |
| | 06/17/2024 | $2,410.40 | 928673 | 07/15/2024 | $4,820.80 | 930179 |
| | 08/19/2024 | $2,259.00 | 931574 | | | |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: September 10, 2024.

Receipts: $103,477.00   -   Paid to Claims: $91,918.49   -   Admin Costs Paid: $8,839.51   =   Funds on Hand: $2,719.00

Base Plan Amount: $100,627.00   -   Receipts: $103,477.00   =   Total Unpaid Balance: **($2,850.00)

**NOTE**: THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY  AFFECT THE AMOUNT TO COMPLETE THE PLAN.