Form ntcfncurv − testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  19−27551−JKS
        Chapter:  13
        Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Winsome Jenkinson
   1026 E 24th St. #1028
   Paterson, NJ 07513

Social Security No.:
   xxx−xx−4678

Employer's Tax I.D. No.:

## NOTICE OF RECEIPT OF RESPONSE TO
## NOTICE OF FINAL CURE PAYMENT

   TO:  Winsome Jenkinson
        Debtor(s)

   You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under
Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: September 26, 2024
JAN: dlr

                                                           Jeanne Naughton, Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                          Case No. 19-27551-JKS

Winsome Jenkinson                                                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                 User: admin                 Page 1 of 2

Date Rcvd: Sep 26, 2024          Form ID: ntcfncur          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Winsome Jenkinson, 1026 E 24th St. #1028, Paterson, NJ 07513-1628 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2024                            Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor Select Portfolio Servicing Inc. as servicing agent for Deutsche Bank National Trust Company nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Andrew M. Lubin | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-3, Asset-Backed Certificates, Series 2005-3 nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Denise E. Carlon | on behalf of Creditor VAK Capital LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jared A. Geist | on behalf of Debtor Winsome Jenkinson jared@geistlegal.com jrodriguez@garcesgrabler.com |
| Kimberly A. Wilson | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-3, Asset-Backed Certificates, Series 2005-3 kimwilson@raslg.com |

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Sep 26, 2024 | Form ID: ntcfncur | Total Noticed: 1

Marie-Ann Greenberg
   magecf@magtrustee.com

Marie-Ann Greenberg
   on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com

Phillip Andrew Raymond
   on behalf of Creditor Deutsche Bank National Trust Company as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-3, Asset-Backed Certificates, Series 2005-3 phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

U.S. Trustee
   USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9