UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
_____

Caption in compliance with D.N.J. LBR 9004-1(b)
GEIST LAW, LLC
JARED A.GEIST, ESQ. ID 04267 - 2009
25 Main St., Suite 202, Court Plaza North
Hackensack, NJ  07601
P (201) 870-1488
F (201) 812-9659
Jared@Geistlegal.com
Attorney(s) for Debtor

In re: Winsome Jenkinson,

Debtor.

Case No.: 19-27551-JKS

Chapter 13

Hearing Date: 2/12/26

Judge: John K. Sherwood,  U.S.D.J.

**NOTICE OF MOTION TO VACATE DISMISSAL**, **REINSTATE CASE AND**

**REINSTATE AUTOMATIC STAY**

Debtor, Winsome Jenkinson, by and through Jared A. Geist, Esq. of Geist Law, LLC has filed papers with the Court requesting that an Order be entered allowing Winsome Jenkinson, Debtor to vacate the dismissal, reopen the case and allow the automatic stay because the case was dismissed solely on basis of failure to complete the Post Filing class despite all payments being made successfully. The Class has now been completed.

**YOUR RIGHTS MAY BE AFFECTED.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one).**

If you do not want the Court to grant this motion, or if you want the court to consider your views, you or your attorney must file with the clerk at the address listed below, a written

response explaining your position no later than 7 days prior to the hearing date.

    Hearing Date:        February 12, 2026

    Hearing Time:        10:00 a.m.

    Hearing Location:      50 Walnut Street, 3rd Floor

                          Newark, N.J. 07102

    Courtroom Number:  Courtroom 3D

If you mail your response to the clerk for filing, you must mail it early enough so that the Court will receive it on or before 7 days prior to the hearing date.

You must also mail a copy of your response to:

Marie-Ann Greenberg, Esq.
Ch. 13 Standing Trustee
30 Two Bridges Road, Suite 330
Fairfield, New Jersey 07004-1550

If you, or your attorney, do not take the steps outlined above, the Court may decide that you do not oppose the relief sought in the motion and may enter an Order granting that relief.

                                                Geist Law, LLC

Date: January 10, 2026                        /s/ Jared A. Geist
                                                Jared A. Geist, Esq., Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. LBR 9004-1(b)
GEIST LAW, LLC
JARED A.GEIST, ESQ. ID 04267 - 2009
25 Main St., Suite 202, Court Plaza North
Hackensack, NJ  07601
P (201) 870-1488
F (201) 812-9659
Jared@Geistlegal.com
Attorney(s) for Debtor

In re: Winsome Jenkinson,

Debtor.

Case No.: 19-27551-JKS

Chapter 13

Hearing Date: 2/12/26

Judge: John K. Sherwood,  U.S.D.J.

## CERTIFICATION OF DEBTOR, WINSOME JENKINSON

I, Winsome Jenkinson, debtor in this case, submit this Certification in support of my Motion to Vacate the Dismissal, Reinstate the case.

1. I am fully familiar with the facts set forth below.

2. This case was filed on September 12, 2019 under Chapter 13.

3. The plan was approved and all payments were completed.

4. However, The case was closed without discharge despite all payments being made due to failure to file a Certificate of Debtors Completion of Post-Petition Instructional Course Concerning Personal Financial Management by the Debtor and Certification in Support of Discharge by the Debtor.

5. Debtor had health issues at the time.

6. The deficiencies have now been resolved.

7.  Reinstatement is in the best interests of the debtor, creditors, and the bankruptcy estate. The failure leading to dismissal was unintentional and has been remedied.

I certify under penalty of perjury that the above is true.

Dated: January 10, 2026                                             /s/ Winsome Jenkinson

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. LBR 9004-1(b)
GEIST LAW, LLC
JARED A.GEIST, ESQ. ID 04267 - 2009
25 Main St., Suite 202, Court Plaza North
Hackensack, NJ  07601
P (201) 870-1488
F (201) 812-9659
Jared@Geistlegal.com
Attorney(s) for Debtor

In re: Winsome Jenkinson

Debtor.

Case No.: 19-27551-JKS

Chapter 13

Hearing Date: 2/12/26

Judge: John K. Sherwood,  U.S.D.J.

## STATEMENT AS TO WHY NO BRIEF IS NECESSARY

In accordance with D.N.J. LBR-9013-1(a)(3), it is respectfully submitted that no brief is necessary in the Court's consideration of this motion, as it does not involve complex issues of law.

Geist Law, LLC

Date: January 10. 2026

/s/ Jared A. Geist
Jared A. Geist, Esq.
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. LBR 9004-1(b)
GEIST LAW, LLC
JARED A.GEIST, ESQ. ID 04267 - 2009
25 Main St., Suite 202, Court Plaza North
Hackensack, NJ  07601
P (201) 870-1488
F (201) 812-9659
Jared@Geistlegal.com
Attorney(s) for Debtor

In re: Winsome Jenkinson,

Debtor.

Case No.: 19-27551-JKS

Chapter 13

Hearing Date: 2/12/26

Judge: John K. Sherwood,  U.S.D.J.

## ORDER VACATING DISMISSAL AND REINSTATING CASE

The Court having considered the Debtor's Motion to Vacate Dismissal, and for good cause shown,

IT IS ORDERED that:

This bankruptcy case is Reinstated and can be discharged.

The automatic stay in this bankruptcy case is Reinstated.

_____
Hon. John K. Sherwood, U.S.D.J.

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in compliance with D.N.J. LBR 9004-1(b)<br>GEIST LAW, LLC<br>JARED A.GEIST, ESQ. ID 04267 - 2009<br>25 Main St., Suite 202, Court Plaza North<br>Hackensack, NJ  07601<br>P (201) 870-1488<br>F (201) 812-9659<br>Jared@Geistlegal.com<br>Attorney(s) for Debtor | |
| In re: Winsome Jenkinson,<br><br>Debtor. | Case No.: 19-27551-JKS<br><br>Chapter 13<br><br>Hearing Date: 2/12/26<br><br>Judge: John K. Sherwood,  U.S.D.J. |

**CERTIFICATION OF SERVICE**

1. I, Jared A. Geist, Esq. am the attorney for the Debtor, David Ambartsumyan in this matter.

2. On January 12, 2026, I sent a copy of the following pleadings and/or documents to all parties via ECF and Regular Mail.

- Notice of Motion to Vacate Dismissal, Reinstate Case and Reinstate Automatic Stay;

    - Certification of Debtor in Support of Motion to Vacate Dismissal, Reinstate Case and Reinstate Automatic Stay;

    - Statement as to Why No Brief is Necessary;

    - Proposed Order Granting Motion to Vacate Dismissal, Reinstate Case and Reinstate Automatic Stay; and

    - Certification of Service.

3. I certify under penalty of perjury that the above documents were sent using the

mode of service indicated below.

Geist Law, LLC

Date: January 10, 2026
.

/s/ Jared A. Geist

..
.

Case 19-27551-JKS    Doc 113    Filed 01/12/26    Entered 01/12/26 12:43:49    Desc Main
Document      Page 9 of 9